# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO: 24-50** |
| **v.** | * | **SECTION: "P"** |
| **JASON LONIE** | * | |

                                               \*     \*     \*

## ORDER

Considering the foregoing Motion by the United States;

**IT IS HEREBY ORDERED** that, pursuant to U.S.S.G. § 3E1.1(b), the downward adjustment for this defendant's acceptance of responsibility should be three (3) points.

New Orleans, Louisiana, this _____ day of_____, 202__.

 

_____
HONORABLE DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE